**EXHIBIT "1"**

| | |
|---|---|
| **From:** | InboxLGLIPG |
| **Sent:** | Wednesday, October 9, 2019 10:35 AM |
| **To:** | copyright@youtube.com (Copyright@YouTube.com) |
| **Subject:** | Notice of Infringement re: JW.ORGVIDEOS WWVIDEOS |

Dear Sir/Madam:

I represent Watch Tower Bible and Tract Society of Pennsylvania ("Watch Tower"). It has come to our attention that you are reproducing and distributing Watch Tower's intellectual property illegally and without authorization.

Below is the information needed for you to identify the unauthorized display of Watch Tower's intellectual property.

**Channel Name:** JW.ORGVIDEOS WWVIDEOS
(https://www.youtube.com/channel/UCpc8pRNWwNW8GMZiatLOXpQ/videos)

| Title of Infringing Work | Link to Unlawful Display on YouTube | Link to Lawful Display on Watch Tower's Site |
|---|---|---|
| Vídeo Musical. Domingo Tarde. Asamblea regional 2019 | https://www.youtube.com/watch?v=cmJRgGmZD-o | Not available on Watch Tower's Site. |
| Vídeo Musical. Domingo Mañana. Asamblea regional 2019 | https://www.youtube.com/watch?v=HxAgMES4xLY | Not available on Watch Tower's Site. |
| Vídeo Musical. Sábado Tarde. Asamblea regional 2019. | https://www.youtube.com/watch?v=DZ9oCCfNEvw | Not available on Watch Tower's Site. |
| Vídeo Musical. Sábado Mañana. Asamblea regional 2019 | https://www.youtube.com/watch?v=aXCRYHcDijM | Not available on Watch Tower's Site. |

The material(s) include copyright notice(s) indicating Watch Tower's ownership of the material(s).

We hereby request that you take all steps necessary to immediately remove the infringing materials from your website. Advise us in writing within ten (10) days of the date of this letter whether or not you will take the requested action.

I have a good faith belief that use of the materials in the manner complained of is not authorized by the copyright owner, its agent, or the law.

I hereby state under penalty of perjury that this information is accurate, and that I am authorized to act on behalf of the owner of the infringed materials.

 Sincerely,

*Paul D. Polidoro*

Paul D. Polidoro
Associate General Counsel

**Intellectual Property Owner:**  Watch Tower Bible and Tract Society of Pennsylvania
**Company:**  Watch Tower Bible and Tract Society of Pennsylvania
**Address:**  200 Watchtower Drive
**City, State, and Zip:**  Patterson, NY 12563
**Name and Title:**  Paul D. Polidoro, Associate General Counsel
**Attorney Address:**  200 Watchtower Drive, Patterson, NY 12563
**Email Address**:  InboxLGLCopyright@jw.org
**Telephone:**  845-306-1000